# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mark C. Donius and Jill L. Donius, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Hightimes Holding Corp.,<br><br>Defendant. | Case No. Case No. 1:24-cv-00761-RGA |

## NOTICE OF VOLUNTARY DISMISAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Mark C. Donius and Jill L. Donius voluntarily dismiss the above-captioned action (the "Action") without prejudice.

Dated: November 1, 2024

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
**DELEEUW LAW LLC**
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Email: brad@deleeuwlaw.com